FILED

07/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0194

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0194

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

EVAN DALE TWIFORD,

       Defendant and Appellant

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including September 6, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2023